IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michkel R. Davis and Erika N. Davis a/k/a Erika N. Jusino,<br>　　　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>18-10164/JKF |
| JPMorgan Chase Bank, National Association,<br>　　　　Movant,<br>v.<br>Michkel R. Davis and Erika N. Davis a/k/a Erika N. Jusino,<br>　　　　Debtors,<br><br>Scott Waterman, Trustee,<br>　　　　Additional Respondent. | |

## CERTIFICATION OF DEFAULT

Kevin S. Frankel, Esquire, Attorney for Movant, certifies that Debtors have defaulted upon the terms of this Court's Stipulation and Order dated September 17, 2018. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtors and Debtors' Attorney on December 27, 2018. The Debtors have failed to cure the default as set forth in the Notice. The Debtors have failed to make the following payments:

| | |
|---|---|
| Regular payments of $1,552.91 from September 1, 2018 through February 1, 2019 | $9,317.46 |
| **TOTAL DEFAULT AS OF FEBRUARY 1, 2019** | **$9,317.46** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 1, 2019　　　　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:18-058755　　　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　　　　　kfrankel@logs.com
　　　　　　　　　　　　　　　　　　　　　　　　pabk@logs.com